IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| PAM BELL, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:22-cv-00189-DCLC-DCP |
| ) | |
| vs. ) | Hon. Judge Clifton L. Corker |
| ) | |
| CLYDE J. PEERY, JR. and ) | |
| MARY HELEN PEERY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Pam Bell, and Defendants, Clyde J. Peery, Jr. and Mary Helen Peery, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice. Accordingly, Defendants respectfully requests that the Court strike all deadlines as set forth in the August 24, 2022 Order.

Date: September 16, 2022                         Respectfully Submitted,

                                                                                           /s/ Bradley L. Henry
                                                                                           One of its attorneys

                                                                                          Bradley Henry ( TN Bar No. 025447)
                                                                                          Akerman LLP
                                                                                          1251 Avenue of the Americas, 37th Floor
                                                                                          New York, NY  10020
                                                                                          Telephone: (212) 880-3800
                                                                                          Facsimile: (212) 880-8965
                                                                                          bradley.henry@akerman.com

## CERTIFICATE OF SERVICE

      I certify that the foregoing was filed electronically on September 16, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Bradley L. Henry*