IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

PAM BELL,

    Plaintiff,

v.                                         Case No.: 3:22-cv-00189

CLYDE J PEERY JR & MARY HELEN PEERY,

    Defendant.

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 16th day of November, 2022.

                                                           RESPECTFULLY SUBMITTED;

                                                           */s/ Rebecca J. Hutto*
                                                           REBECCA J. HUTTO #39252
                                                           Attorney for Plaintiff
                                                           208 Adams Avenue
                                                           Memphis, Tennessee 38103
                                                           (901) 523-1844 – phone
                                                           (901) 523-1857 – fax
                                                           rebecca@wcwslaw.com

                                                           */s/ Bradley L. Henry*

<pre>
                              Bradley Henry ( TN Bar No. 025447)
                              Akerman LLP
                              1251 Avenue of the Americas, 37th Floor
                              New York, NY  10020
                              Telephone: (212) 880-3800
                              Facsimile: (212) 880-8965
                              bradley.henry@akerman.com
</pre>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of November, 2022, the foregoing document is being served this day on the individuals identified on the Service List via transmission of electronic mail.

*/s/ Rebecca J. Hutto*